No. 527, Misc. WATSON v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 530, Misc. UNITED STATES EX REL. LEDBETTER v. NEW YORK. County Court of Kings County, New York. Certiorari denied.

No. 532, Misc. STONE v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 536, Misc. RICHARDSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 537, Misc. KADIO v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 540, Misc. LUZZI v. COURT OF QUARTER SESSIONS OF OYER AND TERMINER, BERKS COUNTY, PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 543, Misc. SELTENRICH v. SIGLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 524, Misc. RIDDLE v. McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.